UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:15-CV-00030-GNS-HBB

GARY M. ARFORD                                                                                     PLAINTIFF

v.

CHRIS LINK, et al.                                                                                DEFENDANTS

## JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Summary Judgment (DN 88), and the Court on this dated having issued its Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff against Defendant Chris Link in the amount of $490,075.45, plus post-judgment interest, consistent with the Court's Order.

**This is a final and appealable order, and there is no just reason for delay.**

*[signature]*

**Greg N. Stivers, Judge**
**United States District Court**
December 7, 2017

cc:   counsel of record
      Chris Link, *pro se*
      Angela Stokes Link, *pro se*